# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., AND NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>　　　　　　Defendant. | Civil Action No. |

## MONTEREY RESEARCH, LLC'S RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Plaintiff Monterey Research, LLC states as follows:

1. Monterey Research, LLC's parent company is IPValue Management, Inc.

2. No publicly traded company owns ten percent (10%) or more of Monterey Research, LLC's stock.

Dated: November 4, 2019

*Of Counsel:*

Jonas McDavit
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Monterey Research, LLC*