IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>                   Plaintiff,<br><br>       vs.<br><br>QUALCOMM INCORPORATED, QUALCOMM TECHNOLOGIES, INC., and QUALCOMM CDMA TECHNOLOGIES ASIA-PACIFIC PTE LTD.,<br><br>                   Defendants. | C.A. No. 19-2083-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>                   Plaintiff,<br><br>       vs.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>                   Defendants. | C.A. No. 19-2090-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>                   Plaintiff,<br><br>       vs.<br><br>ADVANCED MICRO DEVICES INC.,<br><br>                   Defendant. | C.A. No. 19-2149-NIQA-LAS |

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS N.V and STMICROELECTRONICS, INC.,<br><br>        Defendants. | C.A. No. 20-0089-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>MARVELL TECHNOLOGY GROUP LTD., MARVELL INTERNATIONAL LTD., MARVELL ASIA PTE LTD., and MARVELL SEMICONDUCTOR, INC.<br><br>        Defendants. | C.A. No. 20-0158-NIQA-LAS |

## **STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit a protective order is extended through and including November 18, 2020.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Karen E. Keller* |
| Brian E. Farnan (No. 4089) | Karen E. Keller (No. 4489) |
| Michael J. Farnan (No. 5165) | Jeff Castellano (No. 4837) |
| FARNAN LLP | Nathan R. Hoeschen (No. 6232) |
| 919 N. Market Street, 12th Floor | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 777-0300 | 1105 North Market Street, 12th Floor |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | (302) 298-0700 |
| *Attorneys for Plaintiff Monterey Research, LLC* | kkeller@shawkeller.com |
| | jcastellano@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc.* |

| | |
|---|---|
| /s/ *Karen L. Pascale* | /s/ *Alexandra M. Ewing* |
| Karen L. Pascale (#2903) | Frederick L. Cottrell, III (#2555) |
| Robert M. Vrana (# 5666) | Alexandra M. Ewing (#6407) |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | RICHARDS LAYTON & FINGER, P.A. |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 651-7700 |
| kpascale@ycst.com | cottrell@rlf.com |
| rvrana@ycst.com | ewing@rlf.com |
| *Attorneys for Defendants, Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware* | *Attorneys for Defendant Advanced Micro Devices, Inc.* |
| | |
| /s/ *Christine D. Haynes* | /s/ *Jack B. Blumenfeld* |
| Jeffrey L. Moyer (#3309) | Jack B. Blumenfeld (#1014) |
| Christine D. Haynes (#4697) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Tyler E. Cragg (#6398) | 1201 North Market Street |
| RICHARDS, LAYTON & FINGER, P.A. | P.O. Box 1347 |
| 920 N. King Street | Wilmington, DE |
| Wilmington, Delaware 19801 | 19899 (302) 658-9200 |
| (302) 651-7700 | jblumenfeld@mnat.com |
| Moyer@rlf.com | *Attorneys for Defendants Marvell Technology Group Ltd., Marvell International Ltd., Marvell Asia Pte Ltd. and Marvell Semiconductor, Inc.* |
| Haynes@rlf.com | |
| *Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.* | |

Dated: November 13, 2020

IT IS SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge