# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED, *et al.*,<br><br>    Defendants. | C.A. No. 19-2083-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NANYA TECHNOLOGY CORPORATION, *et al.*,<br><br>    Defendants. | C.A. No. 19-2090-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC.<br><br>    Defendant. | C.A. No. 19-2149-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC.,<br><br>    Defendants. | C.A. No. 20-0089-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MARVELL TECHNOLOGY GROUP LTD., MARVELL INTERNATIONAL LTD., MARVELL ASIA PTE LTD. AND MARVELL SEMICONDUCTOR, INC.,<br><br>    Defendants. | C.A. No. 20-0158-NIQA-LAS |

# NOTICE OF SUBPOENA TO IPVALUE MANAGEMENT INC.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 45 of the Federal Rule of Civil Procedure, Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc. and Qualcomm CDMA Technologies Asia Pacific Pte Ltd. (collectively, "Qualcomm"); Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware (collectively, "Nanya"); Advanced Micro Devices, Inc. ("AMD"); STMicroelectronics, Inc.; Marvell Technology Group Ltd., Marvell International Ltd., Marvell Semiconductor, Inc., and Marvell Asia Pte Ltd. (collectively, "Marvell") (Qualcomm, Nanya, AMD, STMicroelectronics, Inc.,[1] and Marvell collectively referred to as "Defendants") will serve the attached subpoena (Exhibit 1) on IPValue Management Inc. ("IPValue"), c/o Intertrust Corporate Services Delaware Ltd., 200 Bellevue Parkway, Suite 210, Wilmington, DE 19809.

In accordance with Rule 45 of the Federal Rules of Civil Procedure, Defendants demand, by subpoena, the production of documents and things from IPValue. The requested documents and things are to be produced at the offices of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071 on February 1, 2021, or on any such other date and place as mutually agreed upon. Any production will be protected pursuant to the District of Delaware Local Rule 26.2 until such time as a Protective Order is entered in these actions.

---

[1] STMicroelectronics, Inc. joins in propounding this Notice of Subpoena *Duces Tecum* solely on behalf of itself and not on behalf of Defendant STMicroelectronics N.V ("STNV"). STNV has moved to dismiss the complaint against it for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), (C.A. No. 20-0089-NIQA-LAS (D.I. 25)), and accordingly, STNV objects to participating in any aspect of this litigation, including discovery.

| | |
|---|---|
| OF COUNSEL: | SHAW KELLER LLP |
| David Nelson<br>Stephen Swedlow<br>Nathan Hamstra<br>David R. Schwartz<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400 | */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Qualcomm Incorporated, Qualcomm Technologies, Inc. and Qualcomm CDMA Technologies Asia Pacific Pte Ltd*. |
| OF COUNSEL: | YOUNG CONAWAY STARGATT &<br>TAYLOR LLP |
| Peter J. Wied<br>Vincent K. Yip<br>Ryan C. C. Duckett<br>NIXON PEABODY LLP<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA 90071-3151<br>Telephone: (213) 629-6000 | */s/ Karen L. Pascale*<br>Karen L. Pascale (#2903)<br>Robert M. Vrana (# 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants, Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware* |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
| Mark Samuels<br>Ryan K. Yagura<br>Nicholas J. Whilt<br>Xin-Yi Zhou<br>O'MELVENY & MYERS LLP | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Alexandra M. Ewing (#6407)<br>One Rodney Square<br>920 North King Street |

400 South Hope Street, 18th Floor  
Los Angeles, CA 90071  
Tel: (213) 430-6000

OF COUNSEL:

Chad S. Campbell  
Tyler R. Bowen  
PERKINS COIE LLP  
2901 North Central Avenue,  
Suite 2000 Phoenix, AZ 85012  
602-351-8000

Theresa H. Nguyen  
PERKINS COIE LLP  
1201 Third Avenue, 49th Floor Seattle, WA 98101  
206-359-8000

Philip Alcide Morin  
Perkins Coie LLP  
11452 El Camino Real, Suite 300  
San Diego, CA 92130-2080  
858-720-5700

OF COUNSEL:

Bijal Vakil  
Eric E. Lancaster  
WHITE & CASE LLP  
3000 El Camino Real  
2 Palo Alto Square, Suite 900  
Palo Alto, CA 94306-2109  
(650) 213-0300

Wilmington, DE 19801  
(302) 651-7700  
cottrell@rlf.com  
ewing@rlf.com

*Attorneys for Defendant Advanced Micro Devices, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christine D. Haynes*  
Jeffrey L. Moyer (#3309)  
Christine D. Haynes (#4697)  
Tyler E. Cragg (#6398)  
One Rodney Square  
920 N. King Street  
Wilmington, Delaware 19801  
(302) 651-7700  
moyer@rlf.com  
haynes@rlf.com  
cragg@rlf.com

*Attorneys for Defendant STMicroelectronics, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*  
Jack B. Blumenfeld (#1014)  
Brian P. Egan (#6227)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@mnat.com  
began@mnat.com

*Attorneys for Defendants Marvell Technology Group Ltd., Marvell International Ltd., Marvell Asia Pte Ltd. and Marvell Semiconductor, Inc.*

Dated: December 23, 2020