## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>NANYA TECHNOLOGY<br>CORPORATION, NANYA<br>TECHNOLOGY CORPORATION, U.S.A.,<br>and NANYA TECHNOLOGY<br>CORPORATION DELAWARE,<br><br>            Defendants. | C.A. No. 19-2090-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>STMICROELECTRONICS N.V and<br>STMICROELECTRONICS, INC.,<br><br>            Defendants. | C.A. No. 20-0089-NIQA-LAS |

## <u>JOINT CLAIM CONSTRUCTION CHART</u>

Pursuant to Section 15 of the Scheduling Order (Case No. 20-cv-0089 and

D.I. 52; Case No. 19-cv-2090, D.I. 38), Plaintiff Monterey Research, LLC

("Monterey") and Defendants Nanya Technology Corporation, Nanya Technology

Corporation, U.S.A., and Nanya Technology Corporation Delaware ("Nanya"), and

STMicroelectronics, Inc.[1]  ("ST Inc.") submit this Joint Claim Construction Chart

for the following patents asserted against the following defendants:

| Exhibit | Patent | Defendants |
|---------|--------|------------|
| Ex. A | U.S. Patent No. 6,534,805 ("the '805 patent") | STNV and ST Inc. |
| Ex. B | U.S. Patent No. 6,651,134 ("the '134 patent") | Nanya, STNV, and ST Inc. |
| Ex. C | U.S. Patent No. 6,680,516 ("the '516 patent") | Nanya |
| Ex. D | U.S. Patent No. 6,459,625 ("the '625 patent") | STNV and ST Inc. |
| Ex. E | U.S. Patent No. 6,825,526 ("the '526 patent") | Nanya |
| Ex. F | U.S. Patent No. 6,363,031 ("the '031 patent") | Nanya |
| Ex. G | U.S. Patent No. 7,495,951 (the '951 patent") | STNV and ST Inc. |

The parties' respective proposals for the terms/phrases in dispute and citations

to the intrinsic evidence in support of their proposed constructions are set forth

below.  Each individual defendant or defendant group takes no position on the

proposed terms and constructions related to patents not asserted against that

defendant or defendant group.

Since serving their March 1, 2021 preliminary proposed constructions, the

parties have met and conferred in an effort to understand the disputes and attempt to

crystallize, narrow, and/or reduce the extent of them.  The constructions proposed

by the parties in this Joint Claim Construction Statement supersede those set forth

in the parties' March 1, 2021 preliminary proposed constructions.  Accordingly, the

---

[1] STMicroelectronics N.V. ("STNV") is a named defendant in Case No. 20-cv-0089. D.I. 1.  STNV has moved to dismiss the complaint against it for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), D.I. 25, and accordingly, STNV objects to participating in any aspect of this litigation.  Monterey has opposed STNV's motion and, accordingly, maintains that STNV must participate in this litigation and refuses to do so at its peril.  D.I. 30.

parties will not refer in these litigations to the fact that either party proposed a construction for a claim term in the March 1, 2021 exchange of preliminary proposed claim constructions.

The Plaintiff and Defendant against which such patent is asserted stipulate to the following constructions:

| Patent | Term | Construction |
|--------|------|--------------|
| '134 | "non-interruptible" | "cannot be stopped or terminated once initiated until the fixed number of internal addresses has been generated" |

A.    U.S. Patent No. 6,534,805:

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence |
|---|---|---|
| "a single local interconnect layer comprising local interconnects corresponding to bitlines and a global wordline" | Construction:<br><br>"one local interconnect layer that includes short connections that route bitline signals and a global wordline signal along that same layer"<br><br>Supporting Intrinsic Evidence:<br><br>'805 Patent, including at Abstract; 2:34-36; 2:39-41; 3:24-29, 4:24-67, 8:36-9:14, 9:61-64, 10:30-43, 11:14-13:32, Figs. 1-3, Reexamination Certificate (all claims).<br><br>'805 Patent File History, including 1/19/12 Response at 2-13, 17-18, 22-25; 8/14/12 Response at 2-14, 16-22, 31-35; 8/14/12 Supplemental Declaration Of Dr. Oliver Pohland at 2-3; 8/20/14 Notice of Intent To Issue Reexamination Certificate at 1-5.<br><br>IPR2020-00990, including Paper 1 at 8-9, | Construction:<br><br>Plain and ordinary meaning, other than "local interconnect layer" construed as proposed<br><br>Supporting Intrinsic Evidence:<br><br>'805 patent at 2:30-52, 4:47-51, 11:18-41, 12:18-49, 13:10-32<br><br>'805 Reexam File History (90/011,833), Jan. 19, 2012 Response to Office Action, at 17<br><br>'805 Reexam File History (90/011,833), Aug. 14, 2012 Response to Final Reexam Office Action, at 21–22<br><br>'805 Reexam File History (90/011,833), Aug. 14, 2012 Supplemental Declaration of Dr. Oliver Pohland ¶¶ 4–8 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence |
|---|---|---|
| | 24-29, 50-53, 58-60, 66-67; Paper 12 at 3, 5, 7-11, 24-30; Ex-1002 at 63-73; Ex-2005 at 14-24, 37-42.<br><br>IPR 2020-01401, including Paper 1 at 7, 15, 18, 30-33, 77, 100-01, 109-10; Paper 10 at 5-6, 35-38; Ex.-1019 at 20-22, 36-38, 66-70, 151.<br><br>IPR2021-00356, including Paper 1 at 9-10, 25-30 51-54, 59-61, 67-68; Ex-1002 at 63-73. | IPR2020-00990, Patent Owner Preliminary Response at 2, 24-25<br><br>IPR2020-00990, Patent Owner Response at 3, 5-8, 15-18, 31-35<br><br>IPR2020-01491, Patent Owner Preliminary Response at 7-9, 54-55<br><br>Any additional argument or testimony by Monterey in IPR2020-0090 or IPR2020-01491<br><br>IPR2020-00990, PTAB Institution Decision, at 10-11, 27-32<br><br>IPR2020-01491, PTAB Institution Decision, at 36 |
| "local interconnect layer" | Construction:<br><br>Plain meaning to a POSITA<br><br>Alternatively: "a layer that includes short connections that route signals along the layer"<br><br>Supporting Intrinsic Evidence: | Construction:<br><br>"distinct process layer that exclusively performs local interconnect functions"<br><br>Supporting Intrinsic Evidence: |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence |
|---|---|---|
| | '805 Patent, including at Abstract; 2:34-36; 2:39-41; 3:24-29, 4:24-67, 8:36-9:14, 9:61-64, 10:30-43, 11:14-13:32, Figs. 1-3, Reexamination Certificate (all claims).<br><br>'805 Patent File History, including 1/19/12 Response at 2-13, 17-18, 22-25; 8/14/12 Response at 2-14, 16-22, 31-35; 8/14/12 Supplemental Declaration Of Dr. Oliver Pohland at 2-3; 8/20/14 Notice of Intent To Issue Reexamination Certificate at 1-5.<br><br>IPR2020-00990, including Paper 1 at 8-9, 24-29, 50-53, 58-60, 66-67; Paper 12 at 3, 5, 7-11, 24-30; Ex-1002 at 63-73; Ex-2005 at 14-24, 37-42.<br><br>IPR 2020-01401, including Paper 1 at 7, 15, 18, 30-33, 77, 100-01, 109-10; Paper 10 at 5-6, 35-38; Ex.-1019 at 20-22, 36-38, 66-70, 151. | '805 patent at 2:30-52, 4:47-51, 11:18-41, 12:18-49, 13:10-32<br><br>'805 Reexam File History (90/011,833), Jan. 19, 2012 Response to Office Action, at 17<br><br>'805 Reexam File History (90/011,833), Aug. 14, 2012 Response to Final Reexam Office Action, at 21–22<br><br>'805 Reexam File History (90/011,833), Aug. 14, 2012 Supplemental Declaration of Dr. Oliver Pohland ¶¶ 4–8<br><br>IPR2020-00990, Patent Owner Preliminary Response at 2, 24-25<br><br>IPR2020-00990, Patent Owner Response at 3; 5-8; 15-18, 31-35<br><br>IPR2020-01491, Patent Owner Preliminary Response at 7-9, 54-55<br><br>Any additional argument or testimony by |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence |
|---|---|---|
|  | IPR2021-00356, including Paper 1 at 9-10, 25-30 51-54, 59-61, 67-68; Ex-1002 at 63-73. | Monterey in IPR2020-00090 or IPR2020-01491<br><br>IPR2020-00990, PTAB Institution Decision, at 10-11, 27-32<br><br>IPR2020-01491, PTAB Institution Decision, at 36 |
| "polysilicon structure" | Construction:<br><br>"a structure comprising polysilicon"<br><br>Supporting Intrinsic Evidence:<br><br>'805 Patent, including at Abstract; 2:65-4:67; 6:17-38; 6:53-64; 7:28-31-8:49; 9:3-13; 9:55-63; 10:64-11:10; 12:44-46; Figs. 1-3. | Construction:<br><br>"structure formed of polysilicon"<br><br>Supporting Intrinsic Evidence:<br><br>'805 patent at 7:38-45 |
| "first metal layer" | Construction:<br><br>No construction necessary<br><br>Supporting Intrinsic Evidence:<br><br>'805 Patent, including at Abstract; 2:34-41; 4:42-67, 8:36-9:14, 9:61-64, | Construction:<br><br>"first conductive layer above the local interconnect layer"<br><br>Supporting Intrinsic Evidence:<br><br>'805 patent at 10:40-43, 13:19-32 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence |
|---|---|---|
| | 10:30-43, 11:14-13:32, Figs. 1-3, Reexamination Certificate (all claims).<br><br>'805 Patent File History, including 1/19/12 Response at 2-13, 17-18, 22-25; 8/14/12 Response at 2-14, 16-22, 31-35; 8/14/12 Supplemental Declaration Of Dr. Oliver Pohland at 2-3; 8/20/14 Notice of Intent To Issue Reexamination Certificate at 1-5.<br><br>IPR2020-00990, including Paper 1 at 8-9, 21-33, 45-53, 58-60, 66-67; Paper 12 at 7-15, 21, 24-30, 87; Ex-1002 at 63-73.<br><br>IPR 2020-01401, including Paper 1 at 7, 15, 18, 30-33, 70, 77, 80-85, 93, 100-03, 109-10; Paper 10 at 5-6, 10, 24-25, 32, 35-38, 49-53, 59-65; Ex.-1019 at 13, 20-22, 41, 48-50, 111, 140-41, 151, 158-61.<br><br>IPR2021-00356, including Paper 1 at 9-10, | '805 Reexam File History (90/011,833), Jan. 19, 2012 Response to Office Action, at 17, 24-25 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence |
|---|---|---|
| | 22-34, 46-54, 59-61, 67-68; Ex-1002 at 63-73. | |

**B.     U.S. Patent No. 6,651,134:**

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya and ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "means for reading data from and writing data to a plurality of storage elements in response to a plurality of internal address signals" | Construction:<br><br>Function: "reading data from and writing data to a plurality of storage elements in response to a plurality of internal address signals"<br><br>Corresponding Structure: "memory array 104"<br><br><u>Supporting Intrinsic Evidence:</u><br><br>'134 Patent, including at 2:25-38, 2:44-49, 2:56-65, 2:67-3:4; 5:21-6:48, Fig. 1.<br><br>IPR2020-01492, including Paper 9, at 8-9. | Construction:<br><br>Function: "reading data from and writing data to a plurality of storage elements in response to a plurality of internal address signals"<br><br>Structure: Structure: the memory array 104 depicted in Figure 1 and described at 2:33-38 as "a static random access memory (SRAM), a dynamic random access memory (DRAM), or other appropriate memory to meet the design criteria of a particular implementation," and its equivalent<br><br><u>Supporting Intrinsic Evidence:</u><br><br>'134 patent at 1:34-38, 2:33-38, Fig. 1 |
| "means for generating a predetermined number of said internal address signals in response to (i) | Construction:<br><br>Function: "generating a predetermined number of | Construction:<br><br>Function: "generating a predetermined number of |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya and ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| an external address signal, (ii) a clock signal and (iii) one or more control signals, wherein said generation of said predetermined number of internal address signals is non-interruptible" | said internal address signals in response to (i) an external address signal, (ii) a clock signal and (iii) one or more control signals, wherein said generation of said predetermined number of internal address signals is non-interruptible"<br><br>Corresponding Structure: "burst address counter/register 102," as shown in either Figure 2 or Figure 3 of the '134 Patent"<br><br>Supporting Intrinsic Evidence:<br><br>'134 Patent, including at 2:25-38, 2:44-49, 3:5-13, 3:14-29, 3:62-4:14, 4:16-40; 5:21-6:48, Figs. 2, 3.<br><br>IPR2020-01492, including Paper 9, at 8-9. | said internal address signals in response to (i) an external address signal, (ii) a clock signal, and (iii) one or more control signals, wherein said generation of said predetermined number of internal address signals is non-interruptible"<br><br>Structure: the "circuit 102" depicted in Figure 2 and described at 3:62-4:14, the "circuit 102'" depicted in Figure 3 and described at 4:16-40, or their equivalents.<br><br>Supporting Intrinsic Evidence:<br><br>'134 patent at 3:62-4:40, Figs. 2-3 |

## C.   U.S. Patent No. 6,680,516:

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya's Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "metallic layer" | Construction:<br><br>"a layer that contains one or more metals, metal alloys, or metal compounds"<br><br>Supporting Intrinsic Evidence:<br><br>'516 Patent, including at Abstract; 1:19-25; 1:66-2:2; 2:7-12; 2:18-23; 3:28-30; 3:32-38; 3:41-42; 3:48-50; 4:65-5:3; 5:10-15; Figs. 1, 4-5, 7-11.<br><br>IPR2021-00119, including Paper 1 at 27-28; Paper 8 at 1, 4-5, 7-8, 11-25.<br><br>IPR2021-00171, including Paper 7 at 5-6, 9-11, 15-16. | Construction:<br><br>"layer comprised of metal, metal alloy, or metal compound."[2]<br><br>Supporting Intrinsic Evidence:<br><br>'516 patent at Abstract, 1:14-29, 1:66-2:27, 3:28-60, 4:65-5:15, Figs. 1-11<br><br>IPR2021-00119, Patent Owner Preliminary Response at 2-7<br><br>IPR2021-00171, Patent Owner Preliminary Response at 2-10, 13-20<br><br>Any additional argument or testimony by Monterey in IPR2021-00119 or IPR2021-00171<br><br>'516 File History, April 30, 2003 Office Action at 2-5 |

---

[2] Though Nanya contends the construction should include "conductive," to avoid imposing an additional dispute on the Court to resolve that does not appear relevant to any claim or defense, Nanya agrees to remove the term to reduce the number of disputes for the Court to resolve.

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya's Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| | | '516 File History, Aug. 14, 2003 Amendment, claim 1 amendment |
| "etch stop layer" | <u>Construction</u>:<br><br>Plain meaning to a POSITA<br><br><u>Supporting Intrinsic Evidence</u>:<br><br>'516 Patent, including at Abstract; 1:30-54; 1:66-2:27; 3:48-4:36; 4:53-5:21; Figs. 5-11.<br><br>IPR2021-00119, including Paper 1 at 11-12, 19, 29-30, 41; Paper 8 at 5, 7-8.<br><br>IPR2021-00171, including Paper 1 at 15-16, 20-22, 35, 37-38, 49-50, 52; Paper 7 at 6, 11. | <u>Construction</u>:<br><br>"first layer used to significantly slow further progress of an etch of a second layer when the etch reaches the first layer"<br><br><u>Supporting Intrinsic Evidence</u>:<br><br>'516 Patent at 1:4-13, 1:30-2:25, 3:48-4:36, 4:45-5:34, Example 1, 7:21-8:38, Figs. 1-11<br><br>IPR2021-00119, Patent Owner Preliminary Response at 5-7, 25-30<br><br>IPR2021-00171, Patent Owner Preliminary Response at 6-11, 13-20<br><br>Any additional argument or testimony by Monterey in IPR2021-00119 or IPR2021-00171 |

### D. U.S. Patent No. 6,459,625:

The parties propose the following terms for construction:

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "an electrical interconnection system to optimize layout of a periphery area in a memory device" | Construction:<br><br>No construction necessary apart from construction of constituent terms<br><br>Supporting Intrinsic Evidence:<br><br>'625 patent, including, Abstract; 1:9-34; 2:7-39; 2:40-4:9; 4:51-5:23; 6:57-8:47; 8:54-10:48; Figs. 1, 3.<br><br>'625 File History, including, Provisional Application at 1-16, 21; 12/05/01 Rejection at 3-6; 04/05/02 Amendment and Response to Office Action at 1-9, 11-14; 05/07/02 Notice of Allowance at 1-3.<br><br>Case IPR2014-00104, Paper 10 at 1-10.<br><br>IPR2020-00130, Paper 1 at 20-23. | Construction:<br><br>The preamble is limiting.<br><br>Supporting Intrinsic Evidence:<br><br>'625 patent at Abstract, 1:9-15, 2:41-4:9, 4:30-33<br><br>'625 File History, Mar. 25, 2002 Amendment at 7-9<br><br>IPR2014-00104, Patent Owner Preliminary Response at 6-15 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "periphery area of a silicon substrate" | Construction:<br><br>"area outside the core area of a silicon substrate"<br><br>Supporting Intrinsic Evidence:<br><br>'625 patent, including, 1:9-15; 1:35-62; 2:42-60; 4:34-5:23; 8:54-6; 9:21-45; 10:7-30; 8:54-10:48; Figs. 1, 3.<br><br>'625 File History, including, Application at 2-7, 8-16; 12/05/01 Rejection at 2-6; 04/05/02 Amendment at 1-9; 05/07/02 Allowance at 2-3.<br><br>IPR2014-00104, Paper 10 at 10-13.<br><br>IPR2020-00130, Paper 1 at 20-24. | Construction:<br><br>"section of a flash memory device outside the core cell area"<br><br>Supporting Intrinsic Evidence:<br><br>'625 patent at Abstract, 1:9-15, 1:35-37, 2:7-9, 2:41-4:9, 4:30-33, 4:36-37, 5:4-8, 5:59-61, 6:18-22<br><br>'625 File History, Mar. 25, 2002 Amendment at 7-9<br><br>'625 File History, Notice of Allowance<br><br>IPR2014-00104, Patent Owner Preliminary Response at 6-15, 18-22 |
| "first metal layer lines are fabricated to be oriented to extend substantially in one direction" / "first metal layer lines that are oriented substantially in one direction" / "second | Construction:<br><br>No construction necessary<br><br>Supporting Intrinsic Evidence: | Construction:<br><br>Indefinite<br><br>Supporting Intrinsic Evidence:<br><br>'625 patent at 6:17-7:20, |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| metal layer lines are fabricated to be oriented to extend substantially perpendicular to said first metal layer lines" / "second metal layer lines that are oriented substantially perpendicular to said first metal layer lines" / "said third metal layer lines are fabricated to be oriented to extend substantially parallel to said first metal layer lines" | '625 patent, including, Abstract; 1:9-15; 1:35-49; 3:14-4:4; 4:51-5:23; 6:5-8:47; 8:54-10:48; Fig. 3.<br><br>IPR2020-00130, Paper 1 at 39-61, 67-77. | Figs. 3-4 |
| "A method of electrically interconnecting a periphery area in a flash memory, comprising:" | Construction:<br><br>No construction necessary<br><br><u>Supporting Intrinsic Evidence:</u><br><br>'625 patent, including, Abstract; 1:9-34; 2:7-39; 2:40-4:9; 4:51-5:23; 6:57-8:47; 8:54-10:48.<br><br>'625 File History, including, Provisional Application at 1-16, 21; 12/05/01 Rejection at 3-6; 04/05/02 Amendment and Response to Office Action at 1-9, 11-14; 05/07/02 Notice of | Construction:<br><br>The preamble is limiting<br><br><u>Supporting Intrinsic Evidence:</u><br><br>'625 patent at 1:9-15, 2:36-44, 4:30-33<br><br>IPR2014-00104, Patent Owner Preliminary Response 9 at 6-10 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| | Allowance at 1-3. Case IPR2014-00104, Paper 10 at 1-10. | |

E.     U.S. Patent No. 6,825,526:

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya's Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "tunnel oxide layer" | Construction:<br><br>Plain meaning to a POSITA<br><br>Supporting Intrinsic Evidence:<br><br>'526 Patent, including Abstract; 1:59-2:17; 4:15-43; 4:56-67; 5:1-42; Figs. 3A, 3B, 4A, 4B.<br><br>'526 Patent's File History, including 9/20/04 Notice of Allowance at 2. | Construction:<br><br>"oxide layer with a very high probability of electron direct tunneling across it"<br><br>Supporting Intrinsic Evidence:<br><br>'526 patent at 1:59-2:17, 4:15-5:42 |
| "channel region" | Construction:<br><br>Plain meaning to a POSITA<br><br>Supporting Intrinsic Evidence:<br><br>'526 Patent, including Abstract; 2:4-17; 5:20-42; 5:58-65; Fig. 4B.<br><br>'526 Patent's File History, including 9/20/04 Notice of Allowance at 2. | Construction:<br><br>"high conductivity region connecting source and drain"<br><br>Supporting Intrinsic Evidence:<br><br>'526 patent at 2:4-17, 5:20-42, 5:58-65 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya's Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "said effective channel width corresponds to a height of said trench sidewalls" | Construction:<br><br>No construction necessary<br><br><u>Supporting Intrinsic Evidence</u>:<br><br>'526 Patent, including Abstract; 2:4-17; 5:20-65; Figs. 4B.<br><br>'526 Patent's File History, including 9/20/04 Notice of Allowance at 2. | Construction:<br><br>"Effective channel width increases with an increase in height of a trench sidewall"<br><br><u>Supporting Intrinsic Evidence</u>:<br><br>'526 patent at 1:36-39, 2:4-12, 5:19-65 |
| "drive current" | Construction:<br><br>"current that flows between drain and source regions of a flash memory array"<br><br><u>Supporting Intrinsic Evidence</u>:<br><br>'526 Patent, including 1:27-58; 2:4-17; 2:55-64; 5:58-65. | Construction:<br><br>"Current that flows between drain and source regions in a flash memory array"<br><br><u>Supporting Intrinsic Evidence</u>:<br><br>'526 patent at 1:39-42, 5:58-62 |

F.    U.S. Patent No. 6,363,031:

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya's Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "sleep signal" | Construction:<br><br>No construction necessary<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent, including Abstract; 1:10-59; 2:9-3:27; 3:38-4:65.<br><br>'031 patent File History including, 12/22/00 Application at 1-9; 05/23/01 Non-Final Rejection at 1-3; 08/27/01 Amendment at 9-15. | Construction:<br><br>"Signal that disables input buffers and other current sinking elements"<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent at 1:15-45, 2:21-50 |
| "a Jedec-standard 'ZZ' signal" | Construction:<br><br>Plain meaning to a POSITA<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent, including, Figs. 1-4; 1:16-45; 3:38-4:65.<br><br>'031 File History, including, 05/23/01 Non-Final Rejection at 1-3; 08/27/01 Amendment at 9-15. | Construction:<br><br>"A control input received on an input pin configured according to a Jedec standard to place a Jedec-compliant device in a sleep mode."<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent at 1:27-45, 2:21-50, 2:66-3:27 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | Nanya's Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "chip select signals" | Construction:<br><br>No construction necessary.<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent, including Figs. 1-4; 2:9-3:27; 3:38-4:65.<br><br>'031 File History, including, 08/27/01 Amendment at 9-15. | Construction:<br><br>"A chip enable signal presented to an input of a circuit"<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent at 2:10-40, 2:51-65 |
| "automatically generating a Jedec-standard 'ZZ' signal" | Construction:<br><br>No construction necessary apart from constituent terms<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent, including, Abstract, 1:15-59; 2:22-3:27; 3:38-4:65. | Construction:<br><br>"Generating a Jedec standard 'ZZ' signal after a predetermined length of time"<br><br>Supporting Intrinsic Evidence:<br><br>'031 patent at 2:21-39, 2:47-3:27 |

### G.     U.S. Patent No. 7,495,951:

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| "said direction being the same" | Construction:<br><br>"the potentials are applied in the same direction"<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent, including, Figs. 4, 6, 7, 8, 10; 3:49-4:24; 6:10-26; 9:4-10:57.<br><br>'951 File History, including, 2008-10-16 Non-Final Rejection at 1-4; 2008-10-27 Amendment/Req. Reconsideration-After Non-Final Rejection at 1-5. | Construction:<br><br>Plain and ordinary meaning<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent at 5:36-6:14 |
| "resistive memory" | Construction:<br><br>Plain meaning to a POSITA<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent, including, Abstract; 1:6-2:8; 3:10-44; 7:27-8:48; 9:4-10:57; Figs. 2, 3, 5, 9, 11, 12.<br><br>'951 File History, including, 04/27/06 | Construction:<br><br>"a memory that changes resistance states by forming and breaking conductive filaments between electrodes"<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent at 1:39-42, 3:37-42, 4:6-11, 4:20-24, 5:22-30, 5:58-64, 6:4-9, 7:23-26, 8:18-24 |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| | Application at 1-17; 2008-10-16 Non-Final Rejection at 1-4. | |
| "electrodes" | Construction:<br><br>No construction necessary<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent, including, Abstract; 1:39-48; 3:10-44; 5:22-30; 7:27-8:48; 9:4-10:57; Figs. 3, 9, 15-25. | Construction:<br><br>"metal conductors"<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent at 1:39-42, 3:37-42, 5:22-30, 8:18-24, Figs. 3, 9 |
| "active layer" | Construction:<br><br>No construction necessary<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent, including, Abstract; 1:39-48; 3:10-44; 5:22-30; 7:27-8:48; 9:4-10:57; Figs. 3, 9, 15-25. | Construction:<br><br>"a layer of insulator that changes resistance states"<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent at 1:39-42, 3:37-42, 7:23-8:10, 8:18-30, Figs. 3, 9 |
| "applying an electrical potential across the electrodes from higher to lower potential in a direction from one electrode to the other to change the state of the resistive memory device" | Construction:<br><br>No construction necessary apart from construction of constituent terms<br><br>Supporting Intrinsic Evidence: | Construction:<br><br>"sufficient to drive the memory device into a resistance state"<br><br>Supporting Intrinsic Evidence: |

| Claim Term/Phrase | Monterey's Preliminary Construction and Intrinsic Evidence in Support | ST Inc.'s Preliminary Construction and Intrinsic Evidence in Support |
|---|---|---|
| | '951 patent, including, Abstract; 3:49-4:24; 5:36-6:26; 9:4-10:57; Figs. 2, 4-8, 10-14. | '951 patent at 4:6-11, 4:20-24, 5:58-63, 6:4-9 |
| "relatively higher and lower resistance states"/ "relatively higher resistance state"/ "relatively lower resistance state" | Construction:<br><br>No construction necessary<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent, including, Abstract; 1:39-48; 1:60-2:8; 3:49-5:10; 5:36-7:11; 9:4-10:57.<br><br>IPR2021-00254, Petition at 15-29, 44-51, 68. | Construction:<br><br>Indefinite<br><br>Supporting Intrinsic Evidence:<br><br>'951 patent at Abstract, 1:42-48, 1:60-2:8, 4:6-11, 4:20-24, 4:34-51, 4:61-5:10, 5:58-64, 6:4-9, 6:36-62, 6:62-7:11 |

Dated: March 15, 2021

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Defendants, Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Tyler E. Cragg
Jeffrey L. Moyer (#3309)
Christine D. Haynes (#4697)
Tyler E. Cragg (#6398)
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
Moyer@rlf.com
Haynes@rlf.com

*Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.*