# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC<br><br>Plaintiff,<br><br>v.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>Defendants. | C.A. No. 19-2090-NIQA-LAS |

### DEFENDANTS NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., AND NANYA TECHNOLOGY CORPORATION DELAWARE'S
### MOTION FOR CLAIM CONSTRUCTION

In accordance with Paragraph 15 of the Scheduling Order (entered as D.I. 38 in C.A. No. 19-2090 on October 1, 2020), Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware ("Nanya"), by and through their undersigned attorneys, respectfully request that the Court adopt the claim construction position[s] of Nanya as set forth in the Joint Claim Construction Chart filed today (D.I. 68 in C.A. No. 19-2090).

27869566.1

| | |
|---|---|
| Dated: March 15, 2021 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| Peter J. Wied<br>Vincent K. Yip<br>Ryan C. C. Duckett<br>**NIXON PEABODY LLP**<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA  90071-3151<br>Telephone: (213) 629-6000<br>pwied@nixonpeabody.com<br>vyip@nixonpeabody.com<br>rduckett@nixonpeabody.com | Karen L. Pascale (#2903) [kpascale@ycst.com]<br>Robert M. Vrana (#5666) [rvrana@ycst.com]<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br><br>*Attorneys for Defendants*<br>*Nanya Technology Corporation,*<br>*Nanya Technology Corporation, U.S.A., and*<br>*Nanya Technology Corporation Delaware* |
| Ariel H. Roth<br>**NIXON PEABODY LLP**<br>70 West Madison St.<br>Suite 3500<br>Chicago, IL 60602<br>Telephone: (312) 977-4400<br>aroth@nixonpeabody.com | |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 15, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by e-mail:

---

*For Plaintiff, Monterey Research, LLC:*

| | |
|---|---|
| Brian E. Farnan | bfarnan@farnanlaw.com |
| Michael J. Farnan | mfarnan@farnanlaw.com |
| **FARNAN LLP** | |
| 919 North Market Street | |
| 12th Floor | |
| Wilmington, DE  19801 | |
| | |
| Jonas R. McDavit | jmcdavit@desmaraisllp.com |
| Jordan N. Malz | jmalz@desmaraisllp.com |
| Edward Geist | egeist@desmaraisllp.com |
| Michael Wueste | mwueste@desmaraisllp.com |
| Ryan G. Thorne | rthorne@desmaraisllp.com |
| Eliyahu Balsam | ebalsam@desmaraisllp.com |
| **DESMARAIS LLP** | |
| 230 Park Avenue | |
| New York, NY 10169 | |

---

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

March 15, 2021        */s/ Karen L. Pascale*

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Robert M. Vrana (#5666) *[rvrana@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600

*Attorneys for Defendants,*
*Nanya Technology Corporation,*
*Nanya Technology Corporation, U.S.A., and*
*Nanya Technology Corporation Delaware*