# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>    Defendants. | C.A. No. 19-2090-NIQA-LAS |

## STIPULATION REGARDING CLAIM CONSTRUCTION BRIEFING

WHEREAS, pursuant to Section 16 of the Scheduling Order (D.I. 38), Plaintiff Monterey Research, LLC ("Plaintiff") and Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware ("Defendant") have met and conferred about the number of claim terms to be construed and the word limits for claim construction briefing; and

WHEREAS, the parties currently seek to construe a total of 12 claim terms as set forth in Sections B, C, E, and F of the Joint Claim Construction Chart (D.I. 68);

IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to the approval of the Court and consistent with Section 16 of Judge Connolly's Scheduling Order For Patent Cases In Which Infringement Is Alleged, as follows:

- The Plaintiff shall serve, but not file, its opening brief, not to exceed 5,500 words, on May 3, 2021.

- The Defendant shall serve, but not file, its answering brief, not to exceed 8,250 words, on June 1, 2021.

- The Plaintiff shall serve, but not file, its reply brief, not to exceed 5,500 words, on June 22, 2021.

- The Defendant shall serve, but not file, its sur-reply brief, not to exceed 2,750 words, on June 30, 2021.

- The parties shall file the Joint Claim Construction Brief on July 8, 2021.

The text for each brief shall be 14-point and in Times New Roman or a similar typeface.

Each brief must include a certification by counsel that the brief complies with the type and number limitations set forth above. The person who prepares the certification may rely on the word count of the word-processing system used to prepare the brief.

| | |
|---|---|
| Dated: March 22, 2021 | Respectfully submitted, |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | FARNAN LLP |
| */s/ Karen L. Pascale* <br> Karen L. Pascale (#2903) <br> Robert M. Vrana (# 5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br> kpascale@ycst.com <br> rvrana@ycst.com | */s/ Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 (Telephone) <br> (302) 777-0301 (Facsimile) <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com |
| *Attorneys for Defendants, Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware* | *Attorneys for Plaintiff Monterey Research, LLC* |

IT IS SO ORDERED this 24th day of March, 2021.          APPROVED BY THE COURT

                                                    /s/ Nitza I. Quinones Alejandro
                                                    The Honorable Nitza I. Quiñones Alejandro
                                                    United States District Court, Judge