# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONTEREY RESEARCH, LLC** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-2090** |
| **v.** | : | |
| | : | |
| **NANYA TECHNOLOGY** | : | |
| **CORPORATION,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 16th day of April 2021, upon consideration the *pro hac vice* motion filed by *Curt Holbreich*, Esquire, requesting permission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), [ECF 74], it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*