# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>Defendants. | C.A. No. 19-2090-NIQA-LAS |

## STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,651,134

WHEREAS, pursuant to Section 15 of the Scheduling Order (D.I. 38), Plaintiff Monterey Research, LLC ("Monterey") and Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware ("Nanya") submitted a Joint Claim Construction Chart that identified term(s)/phrase(s) in issue and each party's proposed construction of the disputed claim language (D.I. 68);

WHEREAS, since submitting the Joint Claim Construction Chart, Monterey and Nanya have continued to meet and confer regarding their respective constructions of disputed term(s)/phrase(s) in an effort to resolve disputes;

WHEREAS, to minimize the number of disputes, Monterey and Nanya have reached agreements regarding the constructions of certain previously-disputed term(s)/phrase(s) for purposes of this litigation only;

IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to the approval of the Court and for purposes of this litigation only, that the following constructions shall apply in this litigation for U.S. Patent No. 6,651,134:

| Claim Term/Phrase | Stipulated Construction |
|---|---|
| "means for reading data from and writing data to a plurality of storage elements in response to a plurality of internal address signals" | Function: "reading data from and writing data to a plurality of storage elements in response to a plurality of internal address signals"<br><br>Structure: "memory array 104 and its equivalents" |
| "means for generating a predetermined number of said internal address signals in response to (i) an external address signal, (ii) a clock signal and (iii) one or more control signals, wherein said generation of said predetermined number of internal address signals is non-interruptible" | Function: "generating a predetermined number of said internal address signals in response to (i) an external address signal, (ii) a clock signal and (iii) one or more control signals, wherein said generation of said predetermined number of internal address signals is non-interruptible"<br><br>Structure: "circuit 102, circuit 102', and their equivalents" |

Dated: May 3, 2021

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff
Monterey Research LLC*

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware*

SO ORDERED this _____ day of _____ 2021.

_____

The Honorable Nitza I. Quiñones Alejandro