# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>Defendants. | Civil Action No. 19-2090-NIQA-LAS |

## NOTICE REQUESTING CLERK TO REMOVE CERTAIN *PRO HAC VICE* COUNSEL

Pursuant to Local Rule 83.7 Defendants, **Nanya Technology Corporation**, **Nanya Technology Corporation, U.S.A.**, and **Nanya Technology Corporation Delaware** (collectively, "Nanya") hereby request that the Clerk of the Court remove the following attorney as *pro hac vice* counsel for Nanya:

> Curt Holbreich (admitted 04/16/2021) (*See* D.I. 77)
> **SIDLEY AUSTIN LLP**
> 555 California Street, Suite 2000
> San Francisco, CA 94104
> Telephone: 415 772 1200
> cholbreich@sidley.com

Mr. Holbreich is no longer associated with Sidley Austin LLP. The undersigned Delaware counsel, as well as other *pro hac vice* counsel from Sidley Austin LLP, remain counsel of record for Nanya in this action.

| | |
|---|---|
| Dated: June 30, 2023 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| Michael J. Bettinger (*pro hac vice*)<br>**SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>mbettinger@sidley.com | Karen L. Pascale (#2903) [kpascale@ycst.com]<br>Robert M. Vrana (#5666) [rvrana@ycst.com]<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |
| | *Attorneys for Defendants* |
| Michael L. Roberts (*pro hac vice* pending)<br>**SIDLEY AUSTIN LLP**<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 981-3300<br>mlroberts@sidley.com | |

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 30, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF (which will send notification of such filing to all registered counsel), and in addition caused true and correct copies to be served upon the following counsel of record by e-mail:

*For Plaintiff, Monterey Research, LLC:*

| | |
|---|---|
| Brian E. Farnan | bfarnan@farnanlaw.com |
| Michael J. Farnan | mfarnan@farnanlaw.com |
| **FARNAN LLP** | |
| 919 North Market Street | |
| 12th Floor | |
| Wilmington, DE 19801 | |
| | |
| Jonas R. McDavit | jmcdavit@desmaraisllp.com |
| Jordan N. Malz | jmalz@desmaraisllp.com |
| Edward Geist | egeist@desmaraisllp.com |
| Michael Wueste | mwueste@desmaraisllp.com |
| Ryan G. Thorne | rthorne@desmaraisllp.com |
| Eliyahu Balsam | ebalsam@desmaraisllp.com |
| **DESMARAIS LLP** | |
| 230 Park Avenue | |
| New York, NY 10169 | |
| | |
| Goutam Patnaik | GPatnaik@desmaraisllp.com |
| David Shaw | DShaw@desmaraisllp.com |
| Christian Dorman | CDorman@desmaraisllp.com |
| Kevin Gu | KGu@@desmaraisllp.com |
| **DESMARAIS LLP** | |
| 1899 Washington Avenue NW, Suite 400 | |
| Washington D.C, 20006 | |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

June 30, 2023

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Robert M. Vrana (#5666) *[rvrana@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Defendants,
Nanya Technology Corporation,
Nanya Technology Corporation, U.S.A., and
Nanya Technology Corporation Delaware*