IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| MONTEREY RESEARCH, LLC, | Civil Action No. 19-2090-NIQA-LAS |
|---|---|
| Plaintiff, | |
| vs. | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE, | |
| Defendants. | |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Section 6 of the Amended Scheduling Order (D.I. 149), plaintiff Monterey Research, LLC ("Monterey") and defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware ("Nanya") submit this Amended Joint Claim Construction Chart for the following patents:

| Exhibit | Patent |
|---|---|
| Ex. A | U.S. Patent No. 6,363,031 ("the '031 patent") |
| Ex. B | U.S. Patent No. 6,680,516 ("the '516 patent") |
| Ex. C | U.S. Patent No. 6,825,526 ("the '526 patent") |
| Ex. D | U.S. Patent No. 7,158,429 ("the '429 patent") |

The parties' respective proposals for the terms/phrases in dispute and citations to the intrinsic evidence in support of their proposed constructions are set forth below.

The parties have met and conferred in an effort to understand the disputes and attempt to crystallize, narrow, and/or reduce the extent of them. The constructions proposed by the parties in this Amended Joint Claim Construction Chart supersede those set forth in the parties' March 1, 2021 preliminary proposed constructions and March 15, 2021 Joint Claim Construction Chart. (D.I. 68.)  Accordingly, the parties will not refer in this litigation to the fact that either party

proposed a construction for a claim term in the March 1, 2021 exchange of preliminary proposed claim constructions.

## I.   AGREED CONSTRUCTIONS

Monterey and Nanya stipulate to the following constructions:

| Patent | Term | Construction |
|---|---|---|
| '516 | "etch stop layer" | "a layer that impedes an etch process" |
| '516 | "metallic layer" | "a layer containing metal-containing materials, including metals, metal alloys, and metal compounds" |
| '031 | "sleep signal" | "a signal to place a device in a sleep mode" |
| '429 | "main amplifier strobe" | "a circuit that generates a primary timing signal used to control a secondary device" |

## II.   REMAINING DISPUTED CONSTRUCTIONS

### A.   U.S. Patent No. 6,363,031:

| Claim Term/Phrase | Monterey's Proposed Construction | Nanya's Proposed Construction |
|---|---|---|
| "a Jedec-standard 'ZZ' signal" | Construction:<br><br>Plain meaning to a POSITA | Construction:<br><br>"A control input received on an input pin configured according to a Jedec standard to place a Jedec-compliant device in a sleep mode." |
| "chip select signals" | Construction:<br><br>No construction necessary | Construction:<br><br>"A chip enable signal presented to an input of a circuit" |
| "automatically generating a Jedec-standard 'ZZ' signal" | Construction:<br><br>No construction necessary apart from constituent terms | Construction:<br><br>"Generating a Jedec standard 'ZZ' signal after a predetermined length of time" |

B.     U.S. Patent No. 6,825,526:

| Claim Term/Phrase | Monterey's Proposed Construction | Nanya's Proposed Construction |
|---|---|---|
| "tunnel oxide layer" | Construction:<br><br>Plain meaning to a POSITA | Construction:<br><br>"oxide layer with a very high probability of electron direct tunneling across it" |
| "channel region" | Construction:<br><br>Plain meaning to a POSITA | Construction:<br><br>"high conductivity region connecting source and drain" |
| "said effective channel width corresponds to a height of said trench sidewalls" | Construction:<br><br>No construction necessary | Construction:<br><br>"Effective channel width increases with an increase in height of a trench sidewall" |
| "drive current" | Construction:<br><br>"current that flows between drain and source regions" | Construction:<br><br>"Current that flows between drain and source regions in a flash memory array" |

3

Dated: August 24, 2023

FARNAN LLP

/s/ *Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:

Jonas R. McDavit (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
jmcdavit@desmaraisllp.com

Goutam Patnaik (*pro hac vice*)
David J. Shaw (*pro hac vice*)
Christian Dorman (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
Telephone: 202-451-4900
gpatnaik@desmaraisllp.com
dshaw@desmaraisllp.com
cdorman@desmaraisllp.com

Kevin J. Gu (*pro hac vice*)
DESMARAIS LLP
101 California St
Suite 3070
San Francisco, CA 94111
Telephone: 415-573-1900
kgu@desmaraisllp.com

*Attorneys for Plaintiff Monterey Research, LLC*

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

OF COUNSEL:

Michael J. Bettinger
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
mbettinger@sidley.com

Michael L. Roberts
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
mlroberts@sidley.com

*Attorneys for Defendants, Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware*

4