# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 19-2090-NIQA-LAS |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE, | |
| Defendants. | |

**DECLARATION OF MICHAEL ROBERTS IN SUPPORT OF DEFENDANTS NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., AND NANYA TECHNOLOGY CORPORATION DELAWARE'S ANSWERING BRIEF IN OPPOSITION TO <u>PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

OF COUNSEL:

Michael J. Bettinger
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
mbettinger@sidley.com

Michael L. Roberts
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
mlroberts@sidley.com

Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Defendants*
*Nanya Technology Corporation,*
*Nanya Technology Corporation, U.S.A., and*
*Nanya Technology Corporation Delaware*

August 24, 2023

## DECLARATION OF MICHAEL ROBERTS

I, Michael Roberts, declare as follows:

1. I am an attorney at the law firm of Sidley Austin LLP and counsel for Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware (collectively "Nanya"). I am admitted *pro hac vice* to this Court as counsel in the above-captioned matter. I am over eighteen years of age and am fully competent to make this declaration. I make this declaration in support of Nanya's Answering Brief in Opposition to Plaintiff's Motion to Compel Discovery ("Answering Brief").

2. Attached hereto are true and correct copies of the following documents as referenced in Nanya's Answering Brief.

| Exhibit | Description |
|---|---|
| 1 | Order Granting Request for *Ex Parte* Reexamination (U.S. Pat. No. 6,680,516), dated June 13, 2023 |
| 2 | Nanya's Initial ESI Disclosures Pursuant to Paragraph 3 of the D. Del. Default Standard for Discovery, dated August 22, 2023 |
| 3 | Email from R. Nyugen to J. Maltz, dated Nov. 6, 2020 |
| 4 | Nanya's First Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), dated July 28, 2023 |
| 5 | Monterey Research LLC's Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery, dated Nov. 2, 2020 |
| 6 | Office Action in *Ex Parte* Reexamination (U.S. Pat. No. 6,825,526), dated Aug. 16, 2023 |
| 7 | Email thread between M. Roberts and K. Gu, dated Aug. 24, 2023 |

3. In January 2021, Nanya made four productions to Monterey containing technical documents including Joint Electron Device Engineering Council ("JEDEC") standards applicable to accused products, parameter and recipe specifications and instructions, and circuit

- 2 -

schematics, totaling approximately 12,000 documents.  Nanya made supplemental productions including datasheets, process files, run cards, and GDS II/.sf files on April 21, April 26, April 28, May 4, May 10, May 17, and May 22, 2023.

4. On July 14, 2023, Nanya received consent from third-party Micron Technology Inc. to disclose information concerning certain accused Nanya products that implicate third-party technology.  Nanya subsequently produced to Monterey two physical samples as well as technical documentation, including approximately 5,000 page of circuit schematics, relating to such products on July 24 and on August 2.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

DATED: August 24, 2023                                                  /s/. Michael Roberts
                                                                                                 Michael Roberts

30690139.1