IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>Defendants. | Civil Action No. 19-2090-NIQA-LAS |

**PLAINTIFF MONTEREY RESEARCH, LLC'S MOTION TO COMPEL DEFENDANTS TO PERMIT ENTRY ONTO DESIGNATED LAND**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Monterey Research, LLC respectfully moves the Court to:

1. Compel Defendants to permit the inspection Monterey requested in its First Set of Requests for Entry Onto Land.

The bases for this motion are set forth in the Opening Brief contemporaneously filed herewith.

Dated: October 3, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jonas R. McDavit (*pro hac vice*)
DESMARAIS LLP

230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
jmcdavit@desmaraisllp.com

Goutam Patnaik (*pro hac vice*)
David J. Shaw (*pro hac vice*)
Christian Dorman (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
Telephone: 202-451-4900
Facsimile: 202-451-4901
gpatnaik@desmaraisllp.com
dshaw@desmaraisllp.com
cdorman@desmaraisllp.com

Kevin J. Gu (*pro hac vice*)
DESMARAIS LLP
101 California St
Suite 3070
San Francisco, CA 94111
Telephone: 415-573-1900
Facsimile: 415-573-1901
kgu@desmaraisllp.com

*Attorneys for Plaintiff Monterey Research, LLC*