# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION, U.S.A., and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>                Defendants. | Civil Action No. 19-cv-2090-NIQA-LAS |

## JOINT MOTION TO STAY PENDING ANTICIPATED SETTLEMENT

Plaintiff Monterey Research, LLC ("Monterey") and defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware ("Nanya") jointly move that the Court enter an order staying all deadlines for a period of ninety (90) days.

The parties have agreed upon material terms that would resolve their dispute in this matter and require time to finalize and execute a memorializing agreement. Thus, a 90-day stay of this litigation will facilitate completion of that agreement while conserving the resources of the Court and the parties. The parties seek to postpone all interim deadlines pending the finalization of the terms of that agreement. Included is a proposed order staying the case for ninety (90) days, through April 25, 2024. If the Court grants this stay, the parties will file, on or before April 25, 2024, either a stipulation of dismissal or a joint status report to the Court.

| | |
|---|---|
| DATED: January 25, 2024 | Respectfully submitted, |
| **FARNAN LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Michael J. Farnan* | */s/ Karen L. Pascale* |
| Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 (Telephone) <br> (302) 777-0301 (Facsimile) <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | Karen L. Pascale (#2903) <br> Robert M. Vrana (#5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE  19801 <br> Telephone: (302) 571-6600 <br> kpascale@ycst.com <br> rvrana@ycst.com |
| *Attorneys for Plaintiff, Monterey Research, LLC* | *Attorneys for Defendants, Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware* |